No. 203. McGAUTHA v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 398 U. S. 936]; and

No. 204. CRAMPTON v. OHIO. Sup. Ct. Ohio. [Certiorari granted, 398 U. S. 936.] Motions of NAACP Legal Defense and Educational Fund, Inc., et al. for leave to file a brief as *amici curiae* in both cases granted. Motion to participate in oral argument as *amici curiae* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. Motions of American Friends Service Committee et al. and American Civil Liberties Union, Illinois Division, et al. for leave to file briefs as *amici curiae* in No. 204, granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and 30 minutes allotted for that purpose. An additional 15 minutes allotted to counsel in each of these cases.

No. 299. COHEN v. CALIFORNIA. Appeal from Ct. App. Cal., 2d App. Dist. [Probable jurisdiction postponed, 399 U. S. 904.] Motion of American Civil Liberties Union of Northern California for leave to file a brief as *amicus curiae* granted.

No. 323. COOLIDGE v. NEW HAMPSHIRE. Sup. Ct. N. H. [Certiorari granted, 399 U. S. 926.] Motion of petitioner for appointment of counsel granted. It is ordered that Archibald Cox, Esquire, of Cambridge, Massachusetts, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 324. TATE v. SHORT. Ct. Crim. App. Tex. [Certiorari granted, 399 U. S. 925.] Motion of National Legal Aid & Defender Assn. for leave to file a brief as *amicus curiae* granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.